IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |
|---|---|
| JEFFREY BATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1495 |
| | ) |
| ASSET ACCEPTANCE, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on the Court's Order to show cause from April 5, 2006. It is hereby

ORDERED that Plaintiff's request to dismiss is GRANTED and the action is DISMISSED without prejudice.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 1, 2006